# NO. 12-19-00412-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: UPS GROUND FREIGHT, INC.* | § | |
| *AND PHILLIP VILLARREAL,* | § | *ORIGINAL PROCEEDING* |
| *RELATORS* | § | |

### MEMORANDUM OPINION
### PER CURIAM

UPS Ground Freight, Inc. and Phillip Villareal, Relators, filed a petition for a writ of mandamus seeking to compel Respondent to vacate an order compelling discovery.[1] On February 28, 2020, this Court conditionally granted the petition and directed Respondent to vacate his order of December 6, 2019 compelling discovery. On March 11, Respondent signed an order vacating the December 6 order, as required by this Court's opinion and order, rendering this proceeding moot. Accordingly, we dismiss the petition for writ of mandamus as ***moot***.

Opinion delivered April 2, 2020.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Respondent is the Honorable J. Clay Gossett, Judge of the 4th Judicial District Court of Rusk County, Texas. Jacintha Nicole McElduff, independently and as Independent Administrator of the Estate of Nathan Dean Clark, and Micah and Sean Trotter are the Real Parties in Interest.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 2, 2020**

**NO. 12-19-00412-CV**

**UPS GROUND FREIGHT, INC. AND PHILLIP VILLARREAL,**
Relators
V.

**HON. J. CLAY GOSSETT,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by UPS Ground Freight, Inc. and Phillip Villarreal; who are the relators in appellate cause number 12-19-00412-CV and defendants in trial court cause number 2017-330, pending on the docket of the 4th Judicial District Court of Rusk County, Texas. Said petition for writ of mandamus having been filed herein on December 13, 2019, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*